BR

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

DEC 1 8 2007
DEC 18, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| MALNATI ORGANIZATION, INC. | ) | |
| d/b/a LOU MALNATI'S, an Illinois | ) | |
| Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 07CV7088 |
| | ) | JUDGE LINDBERG |
| U.S. DEPARTMENT OF LABOR | ) | MAG. JUDGE NOLAN |
| EMPLOYMENT AND TRAINING | ) | |
| ADMINISTRATION, | ) | |

Defendant.

## COMPLAINT FOR DECLARATORY JUDGMENT ADMINISTRATIVE REVIEW AND INJUNCTIVE RELIEF

Plaintiff, Malnati Organization, Inc. d/b/a Lou Malnati's by its attorney, Donald E. Puchalski, complaining against the defendant U.S. Department of Labor Employment and Training Administration, alleges as follows:

### Jurisdiction, Venue and Parties

(1) This is an action for declaratory and injunctive relief pursuant to 28 U.S.C. Section 2201 and 28 U.S.C. Section 1331 and authorized by the Administrative Procedure Act, 5 U.S.C. 706. Jurisdiction is also based under 8 U.S.C. Section 1182 (a) (5) (A), relating to skilled workers and their ability to secure rights to permanent residence under the Immigration and Nationality Act and the Equal Access to Justice Act, (EAJA), 5 U.S.C. Section 504 AND 28 U.S.C. Section 2412 Plaintiff seeks declaratory and injunctive relief relating to the defendant's denial of the plaintiff's labor certifications pursuant to 20 C.F.R. part 656 and U.S.C. 1182(a)(5)(A)

(2) The purpose of this action is to determine questions of law between the parties and to set aside an agency determination that is erroneous as a matter of law and which is arbitrary, discriminatory and an abuse of discretion.

(3)    Plaintiff, Malnati Organization, Inc. d/b/a Lou Malnati's, (hereinafter "Malnati's) is an Illinois corporation with its principal place of business in Northbrook, Illinois and is engaged in the restaurant business.

(4)    Defendant, United States Department of Labor, Employment and Training Administration (hereinafter ETA) is the governmental agency designated by the Secretary of Labor to make legal determinations pertaining to the labor certification process.    As such, the ETA, through its designated officers and agents, has the responsibility and duty pursuant to the Immigration and Nationality Act, 8 U.S.C. Section 1182(a)(14), to determine and certify to the Secretary of State and the Attorney General that an alien seeking to enter the United States for purposes or performing skilled or unskilled labor, will not adversely affect the ages and working conditions of the workers in the United States and that there are not sufficient workers, who are able, willing, qualified, and available to perform the work sought by such alien at the place to which the alien is destined to perform such skilled or unskilled labor at the time the alien applies for admission to the United States.

(5)    Venue lies in this Court under 28 U.S.C. Section 1391(e), since the claims in this case arose in this District.  Plaintiff either does business or resides in the City of Chicago, Illinois.

(6)    On April 25, 2001 Plaintiff, Malnati filed with the Illinois Department of Employment Security, Alien Certification Unit labor certification applications, forms ETA &-50 A and B on behalf of twenty-seven individuals.

(7)    On October 28, 2003, Plaintiff received from the Illinois Department of Labor, Alien Certification Unit recruitment instructions for these cases. On the cover letter from the Illinois Department of Employment Security, the Alien Specialist hand wrote the following:  "Please note:  You may run 1 ad but you must include 27 positions."  This letter is attached hereto as Exhibit 1.

(8)    On January 9, 2004, Malnati filed a timely response to the recruitment requirements set out in the defendant's regulations.  The cover letter included with that response is attached at Exhibit 2.

2

(9)   In these labor certification applications,  Plaintiff was seeking twenty-seven persons for the position of Kitchen  Supervisor. The Plaintiff required the Kitchen Supervisor to speak, read, and write the Spanish language due to the fact that a large number of Malnati employees only spoke Spanish.  In support of this language requirement, on October 20, 2003, the Plaintiff prepared and submitted to the Illinois Department of Employment Security, Alien Certification Unit a business necessity letter for the Spanish language requirement on October 20, 2003. That a copy of said letter is attached as Exhibit 3.

(10)  April 18, 2006, a Notice of Findings was issued by the United States Department of Labor Employment and Training Administration. This Notice of Findings is attached hereto marked Exhibit 4.

(11)  May 19, 2006, the Plaintiff responded to the Notice of Findings. The Plaintiff, in response to the Notice of Findings, placed a new job order with the Illinois Department of Employment Security and a new recruitment. Plaintiff ran the required three consecutive advertisements. A copy of the cover letter to the United States Department of Labor Employment and Training Administration is attached as Exhibit 5.

(12)   On   March   15,   2007,   the   United   States   Department   of   Labor Employment and Training Administration issued a Final Determination denying the Plaintiffs application for labor certification.   A copy of this decision is attached hereto marked as Exhibit 6.

(13)   Plaintiff filed a timely Request for Review/Motion to Reconsider. A copy of this Request is attached hereto marked Exhibit 7.

(14)   On September 24, 2007 the defendant denied the Request for Review and affirmed the denial of the labor certification application filed by Malnati in this case.

(15)   In its decision the defendant United States Department of Labor, Employment Training and Administration never considered, or addressed, or issued any decision regarding the second job order and recruitment.

(16)   In its decision the Defendant never considered the evidence of business necessity for the Spanish language requirement that the Plaintiff submitted.

3

(17)    The action of the defendant in denying these plaintiffs labor certifications is arbitrary, legally erroneous, against the manifest weight of the evidence, observance of procedure as required by law, and an abuse of administrative discretion.

(18)    In view of the defendant's action as aforesaid and the contention of this plaintiff that such action is illegal, arbitrary and in abuse of discretion, there is an actual controversy within the jurisdiction of the Court and declaratory and injunctive relief will effectively adjudicate the rights of the parties.

WHEREFORE, plaintiff asks for the following relief in this Complaint:

(A)    That the Court take jurisdiction and judicially review the aforementioned administrative decisions.

(B)    That the judgment be entered declaring the defendant's denial of the labor certification application was arbitrary, unlawful, and in a manner constituting an abuse of discretion.

(C)    That the defendant be ordered to grant the plaintiff's labor certification Applications pursuant to 22 C.F.R. 656.

(D)    That the plaintiff be awarded reasonable attorney's fees pursuant to 28 U.S.C. Section 2412 and 4 U.S.C. Section 504 of the EAJA.

(E)For any such other and further relief as may be proper.


Respectfully Submitted
:Law Offices of Donald E. Puchalski


By _____
Attorney for Plaintiff


Donald E. Puchalski
Law Offices of Donald E. Puchalski
111 W. Washington St.
Suite 751
Chicago, IL 60602
(312) 332-4428


4



**IDES**

ILLINOIS
DEPARTMENT OF
EMPLOYMENT
SECURITY

FILE NUMBER: V-IL 35601 - L *thru 35624-L; 35626 - 35228-L*

DATE: Tuesday, October 28, 2003

Mr. Donald E. Puchalski
Sklodowski, et al.
111 W Washington St, Ste 1000
Chicago, IL  60602

> **PLEASE NOTE:**
> The instructions now read:
> **APPLICANTS MUST SHOW PROOF OF
> LEGAL AUTHORITY TO WORK IN THE U.S.**

**RE: APPLICATION FOR FOREIGN LABOR CERTIFICATION**
        **EMPLOYER:        Malnati Organization, Inc.**
        **FOREIGN WORKER: Jose Hernandez**

Dear Mr. Puchalski:

Federal regulations require employers applying for Foreign Labor Certification to test the labor market for qualified U. S. workers. Attached are the procedures. Please read them thoroughly.

PLEASE NOTE:  The employer must report the results of all contacts generated as a result of the employment service job order, the newspaper/journal   advertisement and the notice(s) posted in the employer's establishment.  Documentation of the results of ANY and ALL contacts must include ALL of the following:

1. The number of U.S. workers responding to the recruitment;
2. The names, addresses, phone numbers and resumes and/or applications of all U.S. workers interviewed; and
3. The lawful job-related reason for not hiring each applicant.

**EMPLOYERS AND THEIR REPRESENTATIVES ARE REMINDED THAT THE BURDEN OF PROOF IS ON THE EMPLOYER TO ADEQUATELY DOCUMENT ITS ATTEMPTS TO CONTACT ALL ... APPLICANTS REFERRED WHEN SENDING IN FINAL DOCUMENTATION.**

If all documentation is not received on the due date as indicated, we will return you labor employment and any supporting documents submitted to be filed as a new app

Further inquiries and correspondence regarding this application should be directed 312-793-6839.

Sincerely,

*Please note:
You may run 1 ad
but you must indicate
27 positions*

Sheila Lindsey
IDES Immigration Specialist

Enclosure(s)
cc: File
        **Malnati Organization, Inc.**

AC09

George H. Ryan, Governor
Genesee W. Jordan, Director
201 North State Street
Chicago, Illinois 60605-1298

> **EXHIBIT**
>
> **1**



LAW OFFICES OF
# DONALD E. PUCHALSKI

Donald E. Puchalski

® ➤ 638

Suite 751
111 West Washington Street
Chicago, Illinois 60602

(312) 332-4428
(312) 726-4522 (Fax)

Of Counsel
Richard Puchalski
Richard Reimer
Barry Ketter
Robert Reardon

January 9, 2004

Ms. Shella Lindsey
Illinois Department of
  Employment Security
Alien Certification Unit
401 S. State St.    7N
Chicago, IL  60605

*Hand Delivered*

Re:        Application for Foreign Labor Cetification
Petitioner:    Malnati Organization, Inc./ Lou Malnati's
Foreign Workers:

| V-IL 35601 | V-IL 35602 | V-IL 35603 | V-IL 35604 | V-IL 35605 | V-IL 35606 |
| V-IL 35607 | V-IL 35608 | V-IL 35609 | V-IL 35610 | V-IL 35611 | V-IL 35612 |
| V-IL 35613 | V-IL 35614 | V-IL 35615 | V-IL 35616 | V-IL 35617 | V-IL 35618 |
| V-IL 35619 | V-IL 35620 | V-IL 35621 | V-IL 35622 | V-IL 35623 | V-IL 35624 |
| V-IL 35626 | V-IL 35627 | V-IL 35628 | | | |

Dear Ms. Lindsey,

I represent the above named petitioner and beneficiaries.  Enclosed please find in duplicate for each file:

1. Chicago Tribune advertisement, which ran November 6, 2003.
2. Job notice posted on the petitioner's premises where notices are customarily posted.  The notice was posted from November 6 to November 25, 2003.  There was no response to the job notice posting.
3. Affidavit of Mr. James D'Angelo the contact representative in this case.  Mr. D'Angelo is also an officer of the petitioner.

There were no responses to the job notice or advertisement.  No individual applied for the job offered.  Should you have any questions or comments, please feel free to call.

Sincerely,

Donald E. Puchalski

DEP:naa
Enclosures

**EXHIBIT**

2

UNITED STATES DEPARTMENT OF LABOR
EMPLOYMENT AND TRAINING ADMINISTRATION

IN RE:                          )
                                )
                                )
MALNATI ORGANIZATION, INC.      )
                                )
        Petitioner,             )
                                )
    and                         )
                                )
NOE ALMARAZ                     )
ROBERTO ALVAREZ                 )
ADAN BERUMEN                    )
JESUS GROSTIETA                 )
MOISES GURROLA                  )
MIGUEL GUTIERREZ                )
JOSE HERNANDEZ                  )
VALENTIN HERNANDEZ              )
GILBERTO LEON                   )
FELIPE MEDINA                   )
SAUL MELCHOR-QUINTERO           )
JOSE MONTALVO                   )
GERARDO MUÑOZ                   )
ALEJANDRO RAMIREZ               )
AMINABAD REYES                  )
ALFREDO ROBLEDO                 )
JOSE ROBLEDO                    )
CENOBIO RUEDA-ROMERO            )
LUIS RUEDA                      )
JESUS RUIZ                      )
ALEJANDRO SANCHEZ               )
ARTURO SANCHEZ                  )
GABRIEL SANCHEZ                 )
GERARDO SANCHEZ                 )
JUAN SOLIS                      )
RAMIRO SOLIS                    )
RAUL SOLIS                      )
                                )
        Beneficiaries.          )

**AFFIDAVIT OF JIM D'ANGELO**

    I, JIM D'ANGELO, being first duly sworn upon oath deposes and

states as follows:

1

1.    This Affidavit is made in support of the application for alien labor certification filed by MALNATI ORGANIZATION, INC. on behalf of NOE ALMARAZ, ROBERTO ALVAREZ, ADAN BERUMEN, JESUS GROSTIETA, MOISES GURROLA, MIGUEL GUTIERREZ, JOSE HERNANDEZ, VALENTIN HERNANDEZ, GILBERTO LEON, FELIPE MEDINA, SAUL MELCHOR-QUINTERO, JOSE MONTALVO, GERARDO MUÑOZ, ALEJANDRO RAMIREZ, AMINABAD REYES, ALFREDO ROBLEDO, JOSE ROBLEDO, CENOBIO RUEDA-ROMERO, LUIS RUEDA, JESUS RUIZ, ALEJANDRO SANCHEZ, ARTURO SANCHEZ, GABRIEL SANCHEZ, GERARDO SANCHEZ, JUAN SOLIS, RAMIRO SOLIS, and RAUL SOLIS.

2.    That the matters stated herein are true and correct.

3.    That the matters stated herein are based upon personal knowledge.

4.    That if sworn as a witness I would competently testify to the matters stated herein.

5.    That I am the District Manager and am authorized to make and execute this affidavit on behalf of MALNATI ORGANIZATION, INC.

6.    That the job notice was posted on the premises of MALNATI ORGANIZATION, INC. in an open location where notices are customarily posted. The job notice was posted for 10 business days.

7.    There were no responses to the job notice posting.

8.    No individual contacted me or applied for the job offered.    I received no letters, resumes or employment applications. Since no one applied for the job offered no one was interviewed.

2

9.    There were no other individuals who applied for the job offered.

FURTHER AFFIANT SAYETH NOT

JIM D'ANGELO

SUBSCRIBED and SWORN to
before me this _____ day
of _____ 2003

NOTARY PUBLIC

OFFICIAL SEAL
EDWARD R LIS
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXP. DEC. 2,2003

3

**NOTICE**

Pursuant to Section 20 C.F.R. 656.20, you are hereby notified that an application for Alien Employment Certification has been filed for the following position:

Kitchen Supervisor -- (27 openings) Directs and manages kitchen staff in Italian restaurant. Responsible for cooks, pizza makers, line cooks, preparation staff and kitchen workers. Responsible for food preparation, orders and quality control. Trains workers and assigns job tasks. 40 hours per week. 9:00 a.m. to 5:00 p.m., 5:00 p.m. to 1:00 a.m., 8:00 a.m. to 4:00 p.m. or 4:00 p.m. to 12:00. $673.00 per week. Two years of experience as a Kitchen Supervisor or two years of experience as a Pizza maker / cook. Must speak, read and write the Spanish language. Must show proof of legal authority to work in the U.S.

Any applicant who is interested in this position may apply to the following individual for consideration:

### Jim D'Angelo

Any individual may provide documentary evidence bearing this application, with information on available workers and information on wages and working conditions, to the local State Employment Service or Regional Certifying Officer, U.S. Department of Labor, whose names are as follows:

Local Office:                    Attention:
                                 Illinois Department of Employment Security
                                 ALIEN CERTIFICATION UNIT - 7N
                                 401 South State Street
                                 Chicago, Illinois  60605

Regional Certifying Officer:

                                 RegionalCertifying Officer
                                 U.S. Department of Labor
                                 Employment & Training Administration
                                 230 South Dearborn Street
                                 Chicago, Illinois 60604

This notice is being posted for ten working days as required.

DATE POSTED:                     _November 6, 2003_

DATE POSTING TAKEN OFF:          _November 25, 2003_

_James C. D'Angelo_
SIGNATURE

Case 1:07-cv-07086    Document 14    Filed 12/19/2007    Page 11 of 38

# CITY CLASSIFIED

SECTION 6A    C

*Chicago Tribune*

## HELP WANTED

## HELP WANTED

## HELP WANTED

## HELP WANTED

## HELP WANTED

## HELP WANTED

## HELP WANTED

## CHILD CARE OFFERED

## CHILD CARE NEEDED

## HELP WANTED PART TIME

## EMPLOYMENT

## MUSICAL & DRA

## SCHOOL OFF

## INSTRUCTION/TR

Find
Job Listings
Monday
through Friday
in the
Chicago Tribune
Classified section,
in the
Business section
and
Sundays in
CareerBuilder.com

Or, go online at
CareerBuilder.com

TRIBUNE

Chicago Tribune



Malnati Organization, Inc.
346 Anthony Trail
Northbrook, IL 60062
847-562-1814
847-562-1950 Fax
www.loumalnatis.com

**PIZZERIA**

**Restaurants**

Lincolnwood
847-673-0800

Elk Grove
847-439-2000

Schaumburg
847-985-1525

Chicago - River North
312-828-9800

Buffalo Grove
847-215-7100

Naperville
630-717-0700

Chicago - Lawndale
773-762-0800

Chicago - Lincoln Park
773-832-4030

**Carry Out Stores**

Wilmette
847-256-5780

Northbrook
847-291-0250

Mt. Prospect
847-590-1900

Highland Park
847-266-9000

Park Ridge
847-292-2277

Libertyville
847-362-6070

Elmhurst
630-516-0800

Palatine
847-963-0800

Carol Stream
630-668-7200

**Catering and Special Events**
3011 Commercial Ave.
Northbrook, IL 60062
847-562-1918
847-562-1933 Fax

**Priority Pizza**
344 Anthony Trail
Northbrook, IL 60062
1-800-LOU-TO-GO
847-714-1035 Fax
www.loutogo.com

October 20, 2003

Ms. Darlene Robinson
Illinois Department of
  Employment Security
Alien Certification Unit
401 S. State St.      7N
Chicago, IL 60605

Re:              Application for Foreign Labor Cetification
Petitioner:      Malnati Organization, Inc.
Foreign Workers:

| V-IL 35601 | V-IL 35602 | V-IL 35603 | V-IL 35604 | V-IL 35605 | V-IL 35606 |
| V-IL 35607 | V-IL 35608 | V-IL 35609 | V-IL 35610 | V-IL 35611 | V-IL 35612 |
| V-IL 35613 | V-IL 35614 | V-IL 35615 | V-IL 35616 | V-IL 35617 | V-IL 35618 |
| V-IL 35619 | V-IL 35620 | V-IL 35621 | V-IL 35622 | V-IL 35623 | V-IL 35624 |
| V-IL 35626 | V-IL 35627 | V-IL 35628 | | | |

Dear Ms. Robinson

      I am the District Manager for Malnati Organization, Inc. d/b/a Lou Malnati's. Lou Malnati's presently has 21 locations in the Chicago Area. Therefore as to item 5 the address of where each alien will be varies as we transfer our staff as needed on a regular basis. Therefore it is not possible to predict the work sites at the time the application was filed.

      It is a business necessity for our managers to speak, read and write Spanish language. Our kitchen and support staff is 90% Spanish speaking. We also have a substantial number or customers who are Spanish speaking. If our supervisors or managers did not speak, read and write the Spanish language we would lose substantial revenues.

      Should you have any questions or comments, please feel free to call.

Sincerely,

Jim D'Angelo
District Manager

**EXHIBIT**

3

LOU MALNATI'S
c/o Donald Puchalski
111 W. Washington St. Suite 751751
Chicago, IA 60602



EXHIBIT

4

D-05056-51078

**U.S. Department of Labor**   **Employment and Training Administration**
Dallas Backlog Elimination Center
700 North Pearl St.
Suite N 400
Dallas, TX 75201



## NOTICE OF FINDINGS

April 18, 2006

LOU MALNATI'S                          ETA Case Number:   D-05056-51078
c/o Donald Puchalski
111 West Washington Street, Suite 751         Aliens Name:   ARTURO SANCHEZ
Chicago, IL 60602-2705                         Occupation:   Kitchen Supervisor, 319137030
                                   Date of Acceptance for
                                           Processing:   April 25, 2001

The Department of Labor has considered your <u>Application for Alien Employment Certification</u>. This Notice of Findings is the Department's statement of its <u>intent to deny</u> the application. The regulations, issued pursuant to Section 212(a)(14) of the Immigration and Nationality Act, as amended, are designed to assure that employers adequately test the United States labor market before a labor certification is issued.

A certification cannot be issued as required by the Act, on the basis of information available, for the reasons detailed on the attached pages.

This Notice of Findings is issued in accordance with Title 20, Code of Federal Regulations, Section 656.25(c). You have until May 23, 2006 to rebut the findings or to remedy the defects outlined in the attachment. This response should be sent to the Certifying Officer in duplicate by certified mail on or before the date specified above. A rebuttal may be submitted by the employer and by the alien, but only if the employer has submitted a rebuttal. Please indicate the rebuttal due date and the ETA case number on any correspondence concerning the Notice of Findings

If a rebuttal, as described above, is received on time the Certifying Officer shall review that evidence in relation to the evidence in the file, and shall either grant or deny the labor certification pursuant to the standards set forth in 656.24(b).

Failure to file a timely rebuttal shall mean that you have declined to exhaust administrative remedies available to you. All findings in the Notice of Findings shall be deemed admitted unless they are rebutted. Withdrawal of the application is not an available remedy. If the rebuttal is not mailed by certified mail on or before May 23, 2006, this Notice of Findings <u>automatically</u> becomes the final decision of the Secretary denying labor certification. Further, a request for review of a denial of certification under 20 CFR 656.26 may not be made if the Notice of Findings is not rebutted in a timely manner.

Sincerely,


Jenny Elser
Certifying Officer

CC: LOU MALNATI'S

At a minimum, your rebuttal must include answers to the following questions:

A. The total number of clients/workforce/suppliers served, and the percentage of those people who cannot communicate in English.

B. The percentage of business that is dependent upon the language.

C. The percentage of time the worker would use the language.

D. How the employer has dealt with non-English speaking clients/workforce/suppliers in the past and/or is currently handling this segment of business.

E. If you are claiming that the foreign language is required by business expansion plans, you must provide evidence that your company had a market research study and business expansion plan in place at the time of filing the application. The plan must clearly demonstrate the factual basis upon which your business expansion plan is based.

F. The employer must submit a list of all employees hired in the last 1 yr who only speak Spanish, by doing so; sending 4 quarterly payroll tax records that where filed with the state and payroll records, also noting the employees that only speak Spanish.

**656.20(c)(8)** Requires that the job opportunity has been and is clearly open to any qualified U.S. worker. This regulation means that the job opportunity must be bona fide and that the job opening, as described on Form ETA 750, actually exists and is open to U.S. workers.

**656.3** *Employer* means a person, association, firm, or a corporation which currently has a location within the United States to which U. S. workers may be referred for employment, and which proposes to employ a full-time worker at a place within the United States or the authorized representative of such a person, association, firm or corporation. For purposes of this definition, an "authorized representative" means an employee of the employer whose position or legal status authorizes the employee to act for the employer in labor certification matters.

**656.3** *Employment* means permanent full-time work by an employee for an employer other than oneself. For purposes of this definition an investor is not an employee.

**656.21(a)** Except as otherwise provided by 656.21a and 656.22, an employer who desires to apply for a labor certification on behalf of an alien shall file, signed by hand and in duplicate, a Department of Labor Application for Alien Employment Certification form and any attachments required by this Part with the local Job Service office servicing the area where the alien proposes to be employed.

**656.21(a)(1)** The employer shall set forth on the Application for Alien Employment Certification form, as appropriate, or in attachments: a statement of the qualifications of the alien, signed by the alien; and

**656.21(a)(2)** The employer shall set forth on the Application for Alien Employment Certification form, as appropriate, or in attachments a description of the job offer for the alien employment, including the items required by paragraph (b) of this section.

The Department of Labor requires that when corrections or changes are made to the ETA 750, Part A, those corrections or changes must be initialed and dated by the employer. The employer has failed to make changes on both copies of the ETA 750, Part A.

**The employer is required to initial and date the corrections and changes on the ETA 750, Part A.**

The Department of Labor requires that when corrections or changes are made to the ETA 750, Part B, those corrections or changes must be initialed and dated by the alien. The alien has failed to make changes on the employers copy of the ETA 750, Part B.

## NOTICE OF FINDINGS: April 18, 2006



**IMPORTANT: You must include this cover sheet with your rebuttal of the notice of findings.**

**<u>TO:</u>**

**Attn:** TR07
Dallas Backlog Elimination Center
700 North Pearl St.
Suite 400
Dallas, Texas 75201

**<u>FROM:</u>**
Donald Puchalski
111 West Washington Street, Suite 751
Chicago, IL 60602-2705

**<u>FOR CASE:</u>**
**LOU MALNATI'S**

Due Date:              May 23, 2006
ETA Case Number:       D-05056-51078

OMB Approval No. 44-R1301

**U.S. DEPARTMENT OF LABOR**
Employment and Training Administration

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

035614

**IMPORTANT: READ CAREFULLY BEFORE COMPLETING THIS FORM**
*PRINT legibly in ink or use a typewriter. If you need more space to answer questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

### PART A. OFFER OF EMPLOYMENT

**1. Name of Alien** *(Family name in capital letter, First, Middle, Maiden)*

SANCHEZ                           Arturo

**2. Present Address of Alien** *(Number, Street, City and Town, State ZIP Code or Province, Country)*

6954 N. Greenview Ave.  Apt. 507
Chicago, IL 60626

**3. Type of Visa** *(If in U.S.)*

EWI

The following information is submitted as evidence of an offer of employment.

**4. Name of Employer** *(Full name of organization)*

Malnati Organization, Inc., d/b/a Lou Malnati's

**5. Telephone** *(Area Code and Number)*

(847) 562-1814

**6. Address** *(Number, Street, City or Town, Country, State, Zip Code)*

346 Anthony Trail, Northbrook, IL 60062, USA

**7. Address Where Alien Will Work** *(if different from item 6)*

There are various locations of the restaurant and the managers are transferred as needed to these locatrions all of which are int he Chicago area.

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| restaurant | Kitchen Supervisor | 40 | 0 | 9-5 a.m. 5-1 8-4 p.m. 4-12 | $673.00 per wk | $ 0 per hour |

**13. Describe Fully the Job to be Performed** *(Duties)*

Directs and manages kitchen staff in Italian restaurant. Responsible for cooks, pizza makers, line cooks, preparation staff and kitchen workers. Responsible for food preparation, orders and quality central. Trains workers and assigns job tasks.

**14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.**

**15. Other Special Requirements**

Must speak, read and write the Spanish language.

| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |

Major Field of Study
N/A

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | | Related Occupation *(specify)* |
|---|---|---|---|---|---|
| | Yrs. | Mos. | Yrs. | Mos. | Pizza maker/cook |
| | 2 | 0 | 2 | 0 | |

**16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor** District Manager

**17. Number of Employees Alien Will Supervisa** 4

ENDORSEMENTS *(Make no entry in section - for government use only)*

Date Forms Received

| L.O. | S.O. |
|---|---|
| 4-25-01 | 4-25-01 |

| R.O. | N.O. |
|---|---|
| | |

| Ind. Code | Occ. Code |
|---|---|
| 5812 | 319.137-030 |

Occ. Title  Kitchen Supervisor

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED (Complete) | |
|---|---|---|---|---|
| a. No. of Open-ings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | N/A |
| | | | | c. City and State |
| N/A | | | N/A | |

**20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS** *(Complete for Private Household Job ONLY)*

| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided? | *("X" one)* |
|---|---|---|---|---|---|---|---|
| *("X" one)* | Number of Rooms | Adults | Children | | Ages | | |
| ☐ House | | | BOYS | | | | ☐ YES ☐ NO |
| ☐ Apartment | | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment.

**22.** Applications require various types of documentation. Please read PART II of the instructions to assure that appropriate supporting documentation is included with your application.

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

    (1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

    (2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

DECLARATION OF EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| *Jim D'Angelo (signature)* | 3/31/01 |

| NAME (Type or Print) | TITLE |
|---|---|
| Jim D'Angelo | District Manager |

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | |

| NAME OF AGENT (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP Code) |
|---|---|
| Donald E. Puchalski | Law Offices of Donald E. Puchalski 111 West Washington St. Suite 751 Chicago, IL 60602 |

# PART B. STATEMENT OF QUALIFICATIONS OF ALIEN

FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION: *If alien is in the U.S., contact nearest office of Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.*

### IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.

*Print legibly in ink or use a typewriter. If you need space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.*

| 1. Name of Alien *(Family name in capital letters)* | First Name | Middle Name | Maiden Name |
|---|---|---|---|
| SANCHEZ | Arturo | | |

| 2. Present Address *(No., Street, City or Town, State or Province and ZIP Code* | Country | 3. Type of Visa *(If in U.S.)* |
|---|---|---|
| 1673 West Farwell, Chicago, IL  60626 | USA | EWI |

| 4. Alien's Birthdate *(Month, Day, Year)* | 5. Birthplace *(City or Town, State or Province)* | Country | 6. Present Nationality or Citizenship *(Country)* |
|---|---|---|---|
| 11-22-73 | Michoacan | Mexico | Mexico |

| 7. Address in United States Where Alien Will Reside |
|---|
| same as above |

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | 9. Occupation in which Alien is Seeking Work |
|---|---|
| Malnati Organization, Inc., d/b/a Lou Malnati's  346 Anthony Trail, Northbrook, IL 60062, USA | Kitchen supervisor |

### 10. "X" the appropriate box below and furnish the information required for the box marked

| | | City in Foreign Country | Foreign Country |
|---|---|---|---|
| a. ☐ | Alien will apply for a visa abroad at the American Consulate in ➤ | | |
| b. ☒ | Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at ➤ | City  Chicago | State  IL |

| 11. Names and Addresses of Schools, Colleges and Universities Attended *(Include trade or vocational training facilities)* | Field of Study | FROM Month | FROM Year | TO Month | TO Year | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SPECIAL QUALIFICATIONS AND SKILLS

| 12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish If Alien Meets Requirements for Occupation in Item 9. |
|---|
| N/A |

| 13. List Licenses *(Professional, journeyman, etc.)* |
|---|
| N/A |

| 14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented |
|---|
| N/A |

| Endorsements  *(Make no entry in this section -- FOR Government Agency USE ONLY)* | DATE REC. DOL  O.T. & C. |
|---|---|

*(Items continued on next page)*

15. WORK EXPERIENCE. *List all jobs held during past three years. Also, list any other jobs related to the occupation for which the alien is seeking certification as indicated in item 9.*

**a. NAME AND ADDRESS OF EMPLOYER**

Lou Malnati's
346 Anthony Trail
Northbrook, IL 60062, USA

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Kitchen supervisor | 6 | 97 | Present | | restaurant |

DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT

NO. OF HOURS PER WEEK
40

Directs and manages kitchen staff in Italian restaurant. Responsible for cooks, pizza makers, line cooks preparation staff and kitchen workers. Responsible for food preparation, orders and quality control. Trains workers and assigns job tasks.

**b. NAME AND ADDRESS OF EMPLOYER**

Lou Malnati's, 346 Anthony Trail, Northbrook, IL 60062

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| Cook | 5 | 93 | 6 | 97 | restaurant |

DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT

NO. OF HOURS PER WEEK
40

Prepared various Italian food dishes for receipes such as appetizers, soups, salads, entrees, vegetables, meats and desserts.

**c. NAME AND ADDRESS OF EMPLOYER**

| NAME OF JOB | DATE STARTED | | DATE LEFT | | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | Month | Year | Month | Year | |
| | | | | | |

DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT

NO. OF HOURS PER WEEK

## 16. DECLARATIONS

| DECLARATION OF ALIEN ➤ | *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.* |
|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| | |

| AUTHORIZATION OF AGENT OF ALIEN ➤ | *I hereby designate the agent below to represent me for the purpose of labor certification and I take full responsibility for accuracy of any representations made by my agent.* |
|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| X Arturo Sanchez | |

| NAME OF AGENT   *(Type or Print)* | ADDRESS OF AGENT *(No., Street, City, State, ZIP Code)* |
|---|---|
| | |

LAW OFFICES OF
# DONALD E. PUCHALSKI, P.C.

Donald E. Puchalski

Legal Assistants
Noemi A. Archibold
Paulina K. Palaszewska

Suite 751
111 West Washington Street
Chicago, Illinois 60602

(312) 332-4428
(312) 726-4522 (Fax)

Of Counsel
Richard J. Puchalski
Richard J. Reimer
Barry A. Ketter

May 19, 2006

U.S. Department of Labor
Employment and Training
   Administration
Dallas Backlog Elimination Center
700 North Pearl St.
Suite N 400
Dallas, TX 745201

RE:                    Notice of Findings
Petitioner:            Lou Malnati's
Beneficiary:           Arturo SANCHEZ
ETA Case Number:       D-05056-51078

Dear Sir or Madam,

        I represent the above petitioner and beneficiary. The Notice of Findings was issued in this matter and is due May 23, 2006. The initial recruitment was only done with one advertisement due to the note received from the Illinois Department of Employment Security to run only one ad and indicate 27 positions. See attached copy of this note.

        Enclosed please find:
        1.  Copies of the new job order that was placed with the Illinois Skills Match.
        2.  Chicago Tribune advertisement, which ran May 16, 17, and 18, 2006
        3.  ETA 7-50 A and B forms with corrections.

        Please note that the petitioner's current address is the following:
                        Malnati Organization
                        3685 Woodhead Drive
                        Northbrook, IL 60062

        Due to the fact that we are still in the recruitment process I am respectfully requesting additional sixty (60) days to respond to the Notice of Findings in the above captioned matter. Therefore please accept this letter as a request for an extension to respond to Notice of Findings to July 24, 2006. Thank you for your assistance and cooperation in this matter.

                        Sincerely,



                        Donald E. Puchalski

DEP: naa
Enclosures

EXHIBIT
5

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

## APPLICATION
## FOR
## ALIEN EMPLOYMENT CERTIFICATION

035614

**IMPORTANT:   READ CAREFULLY BEFORE COMPLETING THIS FORM**
*PRINT legibly in ink or use a typewriter.  If you need more space to answer questions on this form, use a separate sheet.  Identify each answer with the number of the corresponding question.  SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

### PART A. OFFER OF EMPLOYMENT

1. Name of Alien  *(Family name in capital letter, First, Middle, Maiden)*

SANCHEZ                     Arturo

2. Present Address of Alien  *(Number, Street, City and Town, State ZIP Code or Province, Country)*

6954 N. Greenview Ave.   Apt. 507
Chicago, IL  60626

3. Type of Visa  *(If in U.S.)*

EWI

The following information is submitted as evidence of an offer of employment.

4. Name of Employer  *(Full name of organization)*

Malnati Organization, Inc., d/b/a Lou Malnati's

5. Telephone  *(Area Code and Number)*

(847) 562-1814

6. Address  *(Number, Street, City or Town, Country, State, Zip Code)*

3685 Woodhead Drive
Northbrook, IL 60062, USA

7. Address Where Alien Will Work  *(if different from item 6)*

There are various locations of the restaurant and the managers are transferred as needed to these locatrions all of which are int he Chicago area

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule (Hourly) | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | | a. Basic | b. Overtime |
| restaurant | Kitchen Supervisor | 40 | 0 | 9–5  a.m.<br>5–1<br>8–4  p.m.<br>4–12 | $673.00 wk<br>per | $ 0<br>per hour |

13. Describe Fully the Job to be Performed  *(Duties)*

Directs and manages kitchen staff in Italian restaurant.  Responsible for cooks, pizza makers, line cooks, preparation staff and kitchen workers.  Responsible for food preparation, orders and quality central.  Trains workers and assigns job tasks.

| 14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in item 13 above. | | | | 15. Other Special Requirements |
|---|---|---|---|---|
| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)*<br>N/A |
| | 0 | 0 | 0 | Major Field of Study<br>N/A |
| TRAIN-ING | No. Yrs.<br>0 | | No. Mos. | Type of Training<br>N/A |
| EXPERI-ENCE | Job Offered<br>Number<br>Yrs. \| Mos.<br>2 \| 0 | Related Occupation<br>Yrs. \| Mos.<br>2 \| 0 | | Related Occupation *(specify)*<br>Pizza maker/cook |

Must speak, read and write the Spanish language.

16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor        District Manager

17. Number of Employees Alien Will Supervise    4

ENDORSEMENTS *(Make no entry in section - for government use only)*

Date Forms Received

| L.O.  4-25-01 | S.O.  4-25-01 |
|---|---|
| R.O. | N.O. |
| Ind. Code  5812 | Occ. Code  319.137-030 |

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED  (Complete) | |
|---|---|---|---|---|
| a. No. of Open-ings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | N/A |
| | | | | c. City and State |
| N/A | | | N/A | |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS    (Complete for Private Household Job ONLY) | | | | | | |
|---|---|---|---|---|---|---|
| a. Description of Residence | | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with any-one be provided?  ("X" one) |
| ("X" one) | Number of Rooms | Adults | Children | Ages | | |
| ☐ House | | | BOYS | | | ☐ YES  ☐ NO |
| ☐ Apartment | | | GIRLS | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.** *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment.

**22.** Applications require various types of documentation. Please read PART II of the Instructions to assure that appropriate supporting documentation is included with your application.

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a. I have enough funds available to pay the wage or salary offered the alien.

b. The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c. The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d. I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e. The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f. The job opportunity is not:

   (1) Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

   (2) At issue in a labor dispute involving a work stoppage.

g. The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h. The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

**DECLARATION OF EMPLOYER** ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | DATE |
|---|---|
| *(signature)* | 3/31/01 |

| NAME (Type or Print) | TITLE |
|---|---|
| Jim D'Angelo | District Manager |

**AUTHORIZATION OF AGENT OF EMPLOYER** ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | DATE |
|---|---|
| | |

| NAME OF AGENT (Type or Print) | ADDRESS OF AGENT (Number, Street, City, State, ZIP Code) |
|---|---|
| Donald E. Puchalski | Law Offices of Donald E. Puchalski 111 West Washington St.   Suite 751 Chicago, IL 60602 |

## PART B. STATEMENT OF QUALIFICATIONS OF ALIEN

**FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION:** *If alien is in the U.S., contact nearest office of Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.*

**IMPORTANT: READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.**

*Print legibly in ink or use a typewriter. If you need space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.*

| 1. Name of Alien *(Family name in capital letters)* | First Name | Middle Name | Maiden Name |
|---|---|---|---|
| SANCHEZ | Arturo | | |

| 2. Present Address *(No., Street, City or Town, State or Province and ZIP Code* | Country | 3. Type of Visa *(If in U.S.)* |
|---|---|---|
| 1673 West Farwell, Chicago, IL 60626 | USA | EWI |

| 4. Alien's Birthdate *(Month, Day, Year)* | 5. Birthplace *(City or Town, State or Province)* | Country | 6. Present Nationality or Citizenship *(Country)* |
|---|---|---|---|
| 11-22-73 | Michoacan | Mexico | Mexico |

**7. Address in United States Where Alien Will Reside**

same as above

**8. Name and Address of Prospective Employer if Alien has job offer in U.S.**

Malnati Organization, Inc., d/b/a Lou Malnati's
3685 Woodhead Drive
Northbrook, IL 60062, USA

**9. Occupation in which Alien is Seeking Work**

Kitchen supervisor

**10.** "X" the appropriate box below and furnish the information required for the box marked

| | | City in Foreign Country | Foreign Country |
|---|---|---|---|
| a. ☐ | Alien will apply for a visa abroad at the American Consulate in | | |
| b. ☒ | Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at | City: Chicago | State: IL |

| 11. Names and Addresses of Schools, Colleges and Universities Attended *(include trade or vocational training facilities)* | Field of Study | FROM | | TO | | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | Month | Year | Month | Year | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## SPECIAL QUALIFICATIONS AND SKILLS

**12.** Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish if Alien Meets Requirements for Occupation in Item 9.

N/A

**13.** List Licenses *(Professional, journeyman, etc.)*

N/A

**14.** List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

N/A

| Endorsements | DATE REC. DOL |
|---|---|
| *(Make no entry in this section -- FOR Government Agency USE ONLY)* | O.T. & C. |

*(Items continued on next page)*

**15. WORK EXPERIENCE.**   List all jobs held during past three (3) years.  Also, list any other jobs related to the occupation for which the alien is seeking certification as indicated in item 9.

**a. NAME AND ADDRESS OF EMPLOYER**

Lou Malnati's
3685 Woodhead Dr.
Northbrook, IL 60062, USA

| NAME OF JOB | DATE STARTED Month | Year | DATE LEFT Month | Year | KIND OF BUSINESS |
|---|---|---|---|---|---|
| Kitchen supervisor | 6 | 97 | Present | | restaurant |

DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT — NO. OF HOURS PER WEEK: 40

Directs and manages kitchen staff in Italian restaurant.  Responsible for cooks, pizza makers, line cooks preparation staff and kitchen workers.  Responsible for food preparation, orders and quality control.  Trains workers and assigns job tasks.

**b. NAME AND ADDRESS OF EMPLOYER**

Lou Malnati's, 346 Anthony Trail, Northbrook, IL  60062

| NAME OF JOB | DATE STARTED Month | Year | DATE LEFT Month | Year | KIND OF BUSINESS |
|---|---|---|---|---|---|
| Cook | 5 | 93 | 6 | 97 | restaurant |

DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT — NO. OF HOURS PER WEEK: 40

Prepared various Italian food dishes for receipes such as appetizers, soups, salads, entrees, vegetables, meats and desserts.

**c. NAME AND ADDRESS OF EMPLOYER**

| NAME OF JOB | DATE STARTED Month | Year | DATE LEFT Month | Year | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | | | | | |

DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT — NO. OF HOURS PER WEEK

---

**16. DECLARATIONS**

DECLARATION OF ALIEN ➤➤   Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.

| SIGNATURE OF ALIEN | DATE |
|---|---|
| | |

AUTHORIZATION OF AGENT OF ALIEN ➤   I hereby designate the agent below to represent me for the purpose of labor certification and I take full responsibility for accuracy of any representations made by my agent.

| SIGNATURE OF ALIEN | DATE |
|---|---|
| Arturo Sanchez | |

| NAME OF AGENT  (Type or Print) | ADDRESS OF AGENT (No., Street, City, State, ZIP Code) |
|---|---|
| | |

LAW OFFICES OF
# DONALD E. PUCHALSKI, P.C.

Donald E. Puchalski

Legal Assistants
Noemi A. Archibold
Paulina K. Palaszewska

Suite 751
111 West Washington Street
Chicago, Illinois 60602

(312) 332-4428
(312) 726-4522 (Fax)

Of Counsel
Richard J. Puchalski
Richard J. Reimer
Barry A. Ketter

June 29, 2006

U.S. Department of Labor
Employment and Training
   Administration
Dallas Backlog Elimination Center
700 North Pearl St.
Suite N 400
Dallas, TX 745201

RE:                    Notice of Findings
Petitioner:            Lou Malnati's
Beneficiary:           Ramiro SOLIS
ETA Case Number:       D-05031-44668

Dear Sir or Madam,

I represent the above petitioner and beneficiary in the above case.   On May 19, 2006 I responded to the notice of findings.  In that letter I responded to the NOF and requested additional time to respond as we had placed the requested three (3) days advertisement.

Enclosed please find in duplicate:

1. Chicago Tribune advertisement, which ran May 16, 17, and 18, 2006
2. Job notice posted on the petitioner's premises for over ten (10) business days.  The notice was posted on an open location where notices are customarily posted.  There was no response to the job notice posting.
3. Resume of applicant who applied for the job offered.
4. Letter as to recruitment.
5. Business necessity letter.

The individual who applied for the job offered declined the position.  He indicated he did not like working in the kitchen.  This individual also could not speak, read or write the Spanish language.  For these reasons the applicant was not qualified for the job offered.

Should you have any questions or comments please contact the undersigned.

Sincerely,


Donald E. Puchalski

DEP: naa
Enclosures



**Malnati Organization, Inc.**
3685 Woodhead Drive
Northbrook, IL 60062
847.562.1814 t
847.562.1950 f
www.loumalnatis.com

Tastes of Chicago by Lou Malnati's
847.714.1020 t
847.714.1035 f
www.loutogo.com

Catering and Special Events
847.562.1918 t
847.562.1933 f
www.louscatering.com

**Restaurants**
Buffalo Grove
Chicago-Lawndale
Chicago-Lincoln Park
Chicago-River North
Elk Grove
Evanston
Lincolnwood
Naperville
Schaumburg

**Carry Out Stores**
Bloomingdale
Carol Stream/Wheaton
Elmhurst
Grayslake/Gurnee
Highland Park
Libertyville
Mount Prospect
Naperville
Northbrook
Palatine
Park Ridge
Schaumburg
Western Springs
Wilmette

July 11, 2006

Noemi A. Archibold
111 West Washington Street
Suite 751
Chicago, Illinois 60602

Dear Ms. Archibold,

Below are answers to the questions you requested from Jim D'Angelo in your e-mail of July 2, 2006.

1. What is the total number of kitchen staff you have and what percentage of those cannot communicate in English?
   a. 500 kitchen employees
   b. 80% cannot communicate in English
2. What percentage of the business is dependent upon the ability to speak the Spanish language?
   a. Can be 100% ~ We are in the restaurant business. If our Managers are unable to communicate with the kitchen staff we will be unable to serve food to our customers.
3. What percentage of time does the worker use the Spanish language?
   a. 50% (Approximately 50% of their time is spent in the kitchen).
4. How did employee deal with non-English speaking clients {employees} in the past and how are you currently handling this?
   a. We try to have someone who is bi-lingual in the store.
5. The factual basis upon which the foreign language is required in this business.
   a. The primary language of our kitchen staff is Spanish. Our Managers need to be able to communicate with kitchen workers in order to train, discipline, review and develop them. It is also necessary for Managers to communicate with kitchen workers in order to instruct them as to what to do, what to make, how to make it.
6. A list of all employees hired in the last year who spoke only Spanish.
   a. Unable to answer.

7. The quarter payroll and tax records naming the employees
   who only speak Spanish.
      a. Unable to answer.

Please contact me with any questions or concerns.

Thank you,

Gabriella B. Streicher
Director of Human Resources
847-562-1814 x4909

DONALD S. PUCHALSKI
111 WEST WASHINGTON ST., SUITE 751
CHICAGO, IL 60602

**EXHIBIT**

6

**U.S. Department of Labor**    **Employment and Training Administration**
Dallas Backlog Elimination Center
700 North Pearl St.
Suite N 400
Dallas, TX 75201



## FINAL DETERMINATION

March 15, 2007

LOU MALNATI'S
c/o DONALD S. PUCHALSKI
111 WEST WASHINGTON ST., SUITE 751
CHICAGO, IL 60602

ETA Case Number: D-05056-51078

Aliens Name: ARTURO SANCHEZ
Occupation: KITCHEN SUPERVISOR,
319137030

Date of Acceptance for
Processing: April 25, 2001

The Department of Labor has made a determination on your Application for Alien Employment Certification pursuant to 20 CFR, Part 656, and as required by the Immigration and Nationality Act, as amended.

Form ETA 750 has not been certified and is being returned. A certification cannot be issued as required by Section 212(a) (14) of the Immigration and Nationality Act, as amended, on the basis of information available. See attachment for details.

Request for review of a denial of certification may be made by the employer, and by the alien if the employer also requests such a review in accordance with 20CFR 656.26. A request for review of a denial may only be made in writing addressed to the Chief Administrative Law Judge, Department of Labor, and submitted by certified mail to the certifying officer who denied certification within 35 days of the date of this denial for transmittal and shall: (1) Clearly identify the particular certification determination for which review is sought; (2) set forth the particular grounds on which the request is based; and, (3) include all documents which accompanied the denial of certification. If a request for review is not made within the specified time, the denial shall become the final determination of the Secretary. Failure to file a request for review in a timely manner shall constitute a failure to exhaust available administrative remedies.

A new application in the same occupation may not be filed for 6 months from the date of denial of certification, except if the certification is denied solely because the wage or salary was below the prevailing wage, the employer may reapply immediately.

Sincerely,


Jenny Elser
Certifying Officer

CC: LOU MALNATI'S

Attachments: Detail of Findings, Form ETA 750/Parts A and B

## DETAIL OF FINDINGS

A Notice of Findings was issued on April 18, 2006 for case D-05056-51078, Lou Malnati's. The employers rebuttal was mailed on May 19, 2006 and received in this office on May 22, 2006.

The Notice of Findings dealt with deficiencies in this case as cited below:

**656.20(c)** Job offers filed on behalf of aliens on the Application for Alien Employment Certification for must clearly show that:

**656.20(c)(8)** The job opportunity has been and is clearly open to any qualified U.S. worker.

**656.21(b)(2)** The employer shall document that the job opportunity has been and is being described without unduly restrictive job requirements:

**656.21(b)(2)(i)** The job opportunity's requirements, unless adequately documented as arising from business necessity:

**656.21(b)(2)(i)(A)** Shall be those normally required for the job in the United States.

**656.21(b)(2)(i)(B)** Shall be those defined for the job in the *Dictionary of Occupational Titles (D.O.T.)* including those for subclasses of jobs.

**656.21(b)(2)(i)(C)** Shall not include requirements for a language other than English.

**656.21(b)(2)(i)(C)(ii)** If the job opportunity involves a combination of duties, for example engineer-pilot, the employer must document that it has normally employed persons for that combination of duties and/or workers customarily perform the combination of duties in the area of intended employment, and or the combination job opportunity is based on a business necessity.

**656.21(b)(2)(i)(C)(iii)** If the job opportunity involves a requirement that the worker live on the employers premises, the employer shall document adequately that the requirement is a business necessity.

**656.21(b)(2)(i)(C)(iv)** If the job opportunity has been or is being described with an employer preference, the employer preference shall be deemed to be a job requirement for purposes of this paragraph (b)(2).

The employer had not provided documentation justifying their Spanish language requirement.

The employer was notified via the Notice of Findings that they could rebut this finding by providing justification for the Spanish language requirement and that the evidence must establish that:

A. A significant share of your business is conducted in the foreign language. For example, the foreign language is spoken or preferred by a significant portion of your clientele; or the foreign language is required by business expansion plans; or the foreign language is required because it is the principal language of your other employees.

A. The absence of the foreign language would put the business at a competitive disadvantage.

B. The employees duties require him or her to communicate or read in the foreign language.

C. The need for foreign language skills cannot be met by other methods, such as using translation services or the language skills of another employee.

At a minimum, your rebuttal must include answers to the following questions:

A. The total number of clients/workforce/suppliers served, and the percentage of those people who cannot communicate in English.

B. The percentage of business that is dependent upon the language.

C. The percentage of time the worker would use the language.

D. How employer has dealt with non-English speaking clients/workforce/suppliers in the past and/or is currently handling this segment of business.

E. If you are claiming that the foreign language is required by business expansion plans, your must provide evidence that your company had a market research study and business expansion plan in place at the time of filing the application. The plan must clearly demonstrate the factual basis upon which your business expansion plan is based.

The employers rebuttal did not address this issue.

**656.21(g)** In conjunction with the recruitment efforts under paragraph (f) of this section, the employer shall place an advertisement for the job opportunity in a newspaper of general circulation or in a professional, trade, or ethnic publication, whichever is appropriate to the occupation and most likely to bring responses from able, willing, qualified, and available U.S. workers.

**656.21(g)(9)** If published in a newspaper of general circulation, be published for at least three consecutive days; or if published in a professional, trade, or ethnic publication, be published in the next published edition.

The employer had not provided proof that the advertisement that was placed had run for three (3) consecutive days as instructed during the initial time of recruitment.

The employer was notified via the Notice of Findings that they could rebut these findings by providing proof that the advertisement had run three (3) consecutive days during the initial time of recruitment.

In response to the Notice of Findings the employer failed to provide any such proof and insisted that the SWA had allowed them run only one (1) advertisement since the employer had twenty-seven (27) open positions, when in fact the SWA had stated that the employer may run one (1) for all open positions but the advertisement was still to run for three (3) consecutive days. The employer also submitted advertisements that were run from May 16-18, 2006, although this option was not given as an available remedy.

The evidence submitted is insufficient to rebut the deficiencies outlined in the Notice of Findings. Consequently the Application for Alien Employment Certification is denied.

OMB Approval No. 44-R1301

U.S. DEPARTMENT OF LABOR
Employment and Training Administration

**APPLICATION**
**FOR**
**ALIEN EMPLOYMENT CERTIFICATION**

035614

IMPORTANT:  READ CAREFULLY BEFORE COMPLETING THIS FORM
*PRINT legibly in ink or use a typewriter.  If you need more space to answer questions on this form, use a separate sheet.  Identify each answer with the number of the corresponding question.  SIGN AND DATE each sheet in original signature.*

*To knowingly furnish any false information in the preparation of this form and any supplement thereto or to aid, abet, or counsel another to do so is a felony punishable by $10,000 fine or 5 years in the penitentiary, or both (18 U.S.C. 1001).*

## PART A. OFFER OF EMPLOYMENT

| | |
|---|---|
| 1. Name of Alien  *(Family name in capital letter, First, Middle, Maiden)* | |
| SANCHEZ                                    Arturo | |

2. Present Address of Alien  *(Number, Street, City and Town, State ZIP Code or Province, Country)*

6954 N. Greenview Ave.    Apt. 507
Chicago, IL  60626

3. Type of Visa *(If in U.S.)*

EWI

The following information is submitted as evidence of an offer of employment.

4. Name of Employer  *(Full name of organization)*

Malnati Organization, Inc., d/b/a Lou Malnati's

5. Telephone *(Area Code and Number)*

(847) 562-1814

6. Address *(Number, Street, City or Town, Country, State, Zip Code)*

3685 Woodhead Drive
Northbrook, IL 60062, USA

7. Address Where Alien Will Work *(if different from item 6)*

There are various locations of the restaurant and the managers are transferred
as needed to these locatrions all of which are int he Chicago area.

| 8. Nature of Employer's Business Activity | 9. Name of Job Title | 10. Total Hours Per Week | | 11. Work Schedule *(Hourly)* | 12. Rate of Pay | |
|---|---|---|---|---|---|---|
| | | a. Basic | b. Overtime | 9-5 a.m. 5-1 8-4 p.m. 4-12 | a. Basic | b. Overtime |
| restaurant | Kitchen Supervisor | 40 | 0 | | $673.00 /wk per | $ 0 per hour |

13. Describe Fully the Job to be Performed  *(Duties)*

Directs and manages kitchen staff in Italian restaurant.  Responsible for cooks, pizza makers, line cooks,
preparation staff and kitchen workers.  Responsible for food preparation, orders and quality central.  Trains
workers and assigns job tasks.

14. State in detail the MINIMUM education, training, and experience for a worker to perform satisfactory the job duties described in Item 13 above.

| EDU-CATION *(Enter number of years)* | Grade School | High School | College | College Degree Required *(specify)* |
|---|---|---|---|---|
| | 0 | 0 | 0 | N/A |
| | | | | Major Field of Study |
| | | | | N/A |

| TRAIN-ING | No. Yrs. | No. Mos. | Type of Training |
|---|---|---|---|
| | 0 | 0 | N/A |

| EXPERI-ENCE | Job Offered | | Related Occupation | Related Occupation *(specify)* |
|---|---|---|---|---|
| | Number | | Number | Pizza maker/cook |
| | Yrs. | Mos. | Yrs. | Mos. |
| | 2 | 0 | 2 | 0 |

15. Other Special Requirements

Must speak, read and write the Spanish language.

| 16. Occupational Title of Person Who Will Be Alien's Immediate Supervisor | District Manager | 17. Number of Employees Alien Will Supervise | 4 |
|---|---|---|---|

ENDORSEMENTS *(Make no entry in section - for government use only)*

| | |
|---|---|
| Date Forms Received | |
| L.O. 4-25-01 | S.O. 4-25-01 |
| R.O. | N.O. |
| Ind. Code 5812 | Occ. Code 319.137-030 |

| 18. COMPLETE ITEMS ONLY IF JOB IS TEMPORARY | | | 19. IF JOB IS UNIONIZED  *(Complete)* | |
|---|---|---|---|---|
| a. No. of Openings To Be Filled By Aliens Under Job Offer | b. Exact Dates You Expect To Employ Alien | | a. Number of Local | b. Name of Local |
| | From | To | | N/A |
| N/A | | | N/A | c. City and State |

| 20. STATEMENT FOR LIVE-AT-WORK JOB OFFERS    *(Complete for Private Household Job ONLY)* | | | | | | | |
|---|---|---|---|---|---|---|---|
| a. Description of Residence | b. No. Persons Residing at Place of Employment | | | | c. Will free board and private room not shared with anyone be provided? | | *("X" one)* |
| *("X" one)* | Number of Rooms | Adults | | Children | Ages | | |
| ☐ House | | | BOYS | | | | ☐ YES ☐ NO |
| ☐ Apartment | | | GIRLS | | | | |

**21. DESCRIBE EFFORTS TO RECRUIT U.S. WORKERS AND THE RESULTS.**  *(Specify Sources of Recruitment by Name)*

Internal referrals and recruitment.

**22.**  Applications require various types of documentation. Please read PART II of the Instructions to assure that appropriate supporting documentation is included with your application.

### 23. EMPLOYER CERTIFICATIONS

*By virtue of my signature below, I HEREBY CERTIFY the following conditions of employment.*

a.  I have enough funds available to pay the wage or salary offered the alien.

b.  The wage offered equals or exceeds the prevailing wage and I guarantee that, if a labor certification is granted, the wage paid to the alien when the alien begins work will equal or exceed the prevailing wage which is applicable at the time the alien begins work.

c.  The wage offered is not based on commissions, bonuses, or other incentives, unless I guarantee a wage paid on a weekly, bi-weekly or monthly basis.

d.  I will be able to place the alien on the payroll on or before the date of the alien's proposed entrance into the United States.

e.  The job opportunity does not involve unlawful discrimination by race, creed, color, national origin, age, sex, religion, handicap, or citizenship.

f.  The job opportunity is not:

(1)  Vacant because the former occupant is on strike or is being locked out in the course of a labor dispute involving a work stoppage.

(2)  At issue in a labor dispute involving a work stoppage.

g.  The job opportunity's terms, conditions and occupational environment are not contrary to Federal, State or local law.

h.  The job opportunity has been and is clearly open to any qualified U.S. worker.

### 24. DECLARATIONS

DECLARATION OF EMPLOYER ➤ *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.*

| SIGNATURE | | DATE |
|---|---|---|
| *(signature)* | | 3/31/01 |
| NAME  *(Type or Print)* | TITLE | |
| Jim D'Angelo | District Manager | |

AUTHORIZATION OF AGENT OF EMPLOYER ➤ *I HEREBY DESIGNATE the agent below to represent me for the purposes of labor certification and I TAKE FULL RESPONSIBILITY for accuracy of any representations made by my agent.*

| SIGNATURE OF EMPLOYER | | DATE |
|---|---|---|
| NAME OF AGENT  *(Type or Print)* | ADDRESS OF AGENT  *(Number, Street, City, State, ZIP Code)* | |
| | Law Offices of Donald E. Puchalski | |

## PART B. STATEMENT OF QUALIFICATIONS OF ALIEN

**FOR ADVICE CONCERNING REQUIREMENTS FOR ALIEN EMPLOYMENT CERTIFICATION:** *If alien is in the U.S., contact nearest office of Immigration and Naturalization Service. If alien is outside U.S., contact nearest U.S. Consulate.*

IMPORTANT:  READ ATTACHED INSTRUCTIONS BEFORE COMPLETING THIS FORM.

*Print legibly in ink or use a typewriter. If you need space to fully answer any questions on this form, use a separate sheet. Identify each answer with the number of the corresponding question. Sign and date each sheet.*

| 1. Name of Alien *(Family name in capital letters)* | First Name | Middle Name | Maiden Name |
|---|---|---|---|
| SANCHEZ | Arturo | | |

| 2. Present Address *(No., Street, City or Town, State or Province and ZIP Code* | Country | 3. Type of Visa *(If in U.S.)* |
|---|---|---|
| 1673 West Farwell, Chicago, IL 60626 | USA | EWI |

| 4. Alien's Birthdate *(Month, Day, Year)* | 5. Birthplace *(City or Town, State or Province)* | Country | 6. Present Nationality or Citizenship *(Country)* |
|---|---|---|---|
| 11-22-73 | Michoacan | Mexico | Mexico |

**7. Address in United States Where Alien Will Reside**

same as above

| 8. Name and Address of Prospective Employer if Alien has job offer in U.S. | 9. Occupation in which Alien is Seeking Work |
|---|---|
| Malnati Organization, Inc., d/b/a Lou Malnati's<br>3685 Woodhead Drive<br>Northbrook, IL 60062, USA | Kitchen supervisor |

10. "X" the appropriate box below and furnish the information required for the box marked

| | | City in Foreign Country | Foreign Country |
|---|---|---|---|
| a. ☐ | Alien will apply for a visa abroad at the American Consulate in | | |

| | | City | State |
|---|---|---|---|
| b. ☒ | Alien is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at | Chicago | IL |

| 11. Names and Addresses of Schools, Colleges and Universities Attended *(Include trade or vocational training facilities)* | Field of Study | FROM | | TO | | Degrees or Certificates Received |
|---|---|---|---|---|---|---|
| | | Month | Year | Month | Year | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

### SPECIAL QUALIFICATIONS AND SKILLS

12. Additional Qualifications and Skills Alien Possesses and Proficiency in the use of Tools, Machines or Equipment Which Would Help Establish If Alien Meets Requirements for Occupation in Item 9.

N/A

13. List Licenses *(Professional, journeyman, etc.)*

N/A

14. List Documents Attached Which are Submitted as Evidence that Alien Possesses the Education, Training, Experience, and Abilities Represented

N/A

| Endorsements | DATE REC. DOL |
|---|---|
| | |
| | O.T. & C. |
| *(Make no entry in this section -- FOR Government Agency USE ONLY)* | |

*(Items continued on next page)*

15. WORK EXPERIENCE. *List all jobs held during past three (3) years. Also, list any other jobs related to the occupation for which the alien is seeking certification as indicated in Item 9.*

**B. NAME AND ADDRESS OF EMPLOYER**

Lou Malnati's
3685 Woodhead Dr.
Northbrook, IL 60062, USA

| NAME OF JOB | DATE STARTED Month | Year | DATE LEFT Month | Year | KIND OF BUSINESS |
|---|---|---|---|---|---|
| Kitchen supervisor | 6 | 97 | Present | | restaurant |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK 40 |
|---|---|

Directs and manages kitchen staff in Italian restaurant. Responsible for cooks, pizza makers, line cooks preparation staff and kitchen workers. Responsible for food preparation, orders and quality control. Trains workers and assigns job tasks.

**b. NAME AND ADDRESS OF EMPLOYER**

Lou Malnati's, 346 Anthony Trail, Northbrook, IL 60062

| NAME OF JOB Cook | DATE STARTED Month | Year | DATE LEFT Month | Year | KIND OF BUSINESS restaurant |
|---|---|---|---|---|---|
| | 5 | 93 | 6 | 97 | |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK 40 |
|---|---|

Prepared various Italian food dishes for receipes such as appetizers, soups, salads, entrees, vegetables, meats and desserts.

**c. NAME AND ADDRESS OF EMPLOYER**

| NAME OF JOB | DATE STARTED Month | Year | DATE LEFT Month | Year | KIND OF BUSINESS |
|---|---|---|---|---|---|
| | | | | | |

| DESCRIBE IN DETAIL THE DUTIES PERFORMED, INCLUDING THE USE OF TOOLS, MACHINES, OR EQUIPMENT | NO. OF HOURS PER WEEK |
|---|---|

**16. DECLARATIONS**

| DECLARATION OF ALIEN | *Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury the foregoing is true and correct.* |
|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| | |

| AUTHORIZATION OF AGENT OF ALIEN | *I hereby designate the agent below to represent me for the purpose of labor certification and I take full responsibility for accuracy of any representations made by my agent.* |
|---|---|

| SIGNATURE OF ALIEN | DATE |
|---|---|
| X Arturo Sanchez | |

| NAME OF AGENT    *(Type or Print)* | ADDRESS OF AGENT *(No., Street, City, State, ZIP Code)* |
|---|---|
| | |

UNITED STATES DEPARTMENT OF LABOR
EMPLOYMENT AND TRAINING ADMINISTRATION

IN RE:                              )
                                   )
LOU MALNATI'S                      )
          Petitioner,              )
                                   )        No. D-05056-51078
                                   )
And                                )
                                   )
ARTURO SANCHEZ,                    )
          Beneficiary.             )

## REQUEST FOR REVIEW / MOTION TO RECONSIDER

NOW COMES, LOU MALNATI'S, Petitioner and ARTURO SANCHEZ, Beneficiary, by and through their attorney, DONALD E. PUCHALSKI, and as and for their Request for Review / Motion to Reconsider, respectfully states as follows:

1.  That on April 25, 2001, the Petitioner filed form ETA 750 A and B with the Illinois Department of Employment Security, Alien Certification on behalf of ARTURO SANCHEZ.

2.  That on October 28, 2003, the Petitioner received the recruitment instructions from the Illinois Department of Employment Security Alien Certification Unit. That a copy is attached hereto marked "Exhibit 1".

3.  That pursuant to said letter of October 28, 2003 Petitioner ran the required one advertisement.

4.  That the Certifying Officer issued Final Determination on March 16, 2007 and denied the application for alien employment certification filed by the Petitioner on behalf of ARTURO SANCHEZ.  That a copy of said Final Determination is attached hereto and made a part hereof marked "Exhibit 2".

5.  That the requested business necessity letter is attached hereto marked "Exhibit 3" was sent to the Illinois Department of Employment Security, Alien Certification Unit.

6.  That the recruitment results from the IDES letter of October 28, 2003 are attached here to marked "Exhibit 4".

**EXHIBIT**

**7**

1

7. That a Notice of Findings was issued on April 18, 2006 and timely responded to by the Petitioner, LOU MALNATI'S on May 19, 2006.

8. That the Petitioner placed on the <u>Chicago Tribune</u> an advertisement for this position which ran May 16, 17, and 18 2006. That a copy of the advertisement and recruitment results are attached and hereto marked "Exhibit 5".

9. That the response and rebuttal to the Notice of Findings clearly rebutted all of the items raised in the Notice of Findings.

10. That the decision of the Certifying Officer to was an abuse of discretion.

11. That the Petitioner and Beneficiary rebutted all of the findings in the Notice of Findings and it is an abuse of discretion not to grant and issue the labor certification.

WHEREFORE, the Petitioner, LOU MALNATI'S and Beneficiary, ARTURO SANCHEZ, pray as follows:

A. That the Request for Review be granted.

B. That, in alternative, the Motion to Reconsider be granted.

C. That the Certifying Officer grant and issue the labor certification.

D. For such other and different relief as is deemed equitable and proper.

Respectfully Submitted by

_____
DONALD E. PUCHALSKI
Attorney for LOU MALNATI'S and
ARTURO SANCHEZ

DONALD E. PUCHALSKI
Law Office of Donald E. Puchalski
111 West Washington Street, Suite 751
Chicago, Illinois 60602
(312) 332-4428

2