## United States District Court for the Northern District of Illinois

Case Number: 07CV7088     Assigned/Issued By: J. N.

Judge Name: LINDBERG     Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
               [ ] IFP       [ ] No Fee   [ ] Other _____
               [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                        Receipt #: 1115918

Date Payment Rec'd: 12-18-07            Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
    (Type of Writ)

3 Original and 3 copies on 12-18-07 as to MICHAEL B. MAKASEY, U.
                           (Date)
S. ATTNY GENERAL; U.S. DEPT. OF LABOR; PATRICK J. FITZGERALD, U. S.
ATTNY

C:\wpwin80\docket\feeinfo.frm     03/14/05