**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Malnati Organization, Inc.

                                        Plaintiff,

v.                                                          Case No.:
                                                            1:07–cv–07088
                                                            Honorable George
                                                            W. Lindberg

U.S. Department of Labor Employment and Training
Administration

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg:Status hearing held. Cross motions for summary judgment due 4/30/2008. Response to the cross motions for summary judgment due 5/21/2008. Reply due 6/4/2008. Ruling set for 7/30/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.