IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALNATI ORGANIZATION, INC. ) | | |
| d/b/a LOU MALNATI'S, an Illinois ) | | |
| Corporation, ) | | |
| Plaintiff, ) | | |
| ) | No. | 07 C 7088 |
| v. ) | | |
| ) | | |
| U.S. DEPARTMENT OF LABOR ) | Judge George Lindberg | |
| EMPLOYMENT AND TRAINING ) | | |
| ADMINISTRATION, ) | Mag. Judge Valdez | |
| Defendant. ) | | |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, MALNATI ORGANIZATION, INC. d/b/a LOU MALNATI'S, an Illinois Corporation, by their attorney, Donald E. Puchalski, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, move for summary judgment in their favor. There are no contested issues of fact and the plaintiff is entitled to summary judgment based upon the certified administrative record.

In further support of this motion, the plaintiffs submit the attached memorandum of law.

                                                  Respectfully Submitted
                                                  Law Offices of Donald E. Puchalski

                                                  By: s/ Donald E. Puchalski
                                                  Attorney for Plaintiff

Donald E. Puchalski
111 W. Washington St., Suite 751
Chicago, IL 60602
(312) 332-4428