IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALNATI ORGANIZATION, INC. <br> d/b/a LOU MALNATI'S, an Illinois <br> Corporation, <br>         Plaintiff, <br> v. <br> U.S. DEPARTMENT OF LABOR <br> EMPLOYMENT AND TRAINING <br> ADMINISTRATION, <br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) No.   07 C 7088 <br> ) <br> ) <br> ) Judge George Lindberg <br> ) <br> ) Magistrate Judge Valdez <br> ) |

## NOTICE OF FILING

TO:   Mr. Pierre Talbert, Esq.
        Assistant U.S. Attorney
        219 South Dearborn Street
        Chicago, IL 60604

PLEASE TAKE NOTICE that I have on this 29th day of April 2008, filed the Plaintiffs' Cross-Motion for Summary and Supporting Memorandum with the Clerk of the United States District Court, Northern District of Illinois Eastern Division.

                                                      By: s/ Donald E. Puchalski
                                                      Attorney for the Plaintiffs

Donald E. Puchalski
Law Offices of Donald E. Puchalski
111 W. Washington St., Suite 751
Chicago, IL 60602
(312) 332-4428