IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALNATI ORGANIZATION, INC. ) <br> d/b/a LOU MALNATI'S, an Illinois ) <br> Corporation, ) <br>       Plaintiff, ) <br> ) No.   07 C 7088 <br> v. ) <br> ) <br> U.S. DEPARTMENT OF LABOR ) Judge George Lindberg <br> EMPLOYMENT AND TRAINING ) <br> ADMINISTRATION, ) Mag. Judge Valdez <br>       Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I, Donald E. Puchalski, hereby certify that on April 29, 2008, a copy of the foregoing Plaintiffs' Cross-Motion for Summary and Supporting Memorandum was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and U.S. postal mail.  Parties may access this filing through the Court's system.

***Parties receiving service electronically and by U.S. postal mail are as follows***:

Mr. Pierre Talbert
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, IL   60604

                                                  By:<u>/s Donald E. Puchalski</u>
                                                  Donald E. Puchalski – Bar Number: 71463
                                                  Attorney for Plaintiffs, Malnati Organization,
                                                  Inc. d/b/a Lou Malnati's
                                                  111 W. Washington Street, Suite 751
                                                  Chicago, IL 60602
                                                  Telephone:	(312) 332-4428
                                                  Fax:	(312) 726-4522
                                                  E-Mail:	deplaw@sbcglobal.net

Attorney for Plaintiffs
LAW OFFICES OF DONALD E. PUCHALSKI
111 W. Washington, Suite 751
Chicago, Illinois 60602
(312) 332-4428