UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALNATI ORGANIZATION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7088 |
| | ) | |
| v. | ) | |
| | ) | Judge Lindberg |
| U.S. DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' CROSS-MOTION FOR SUMMARY JUDGMENT

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, on behalf of the United States Department of Labor, moves for summary judgment in favor of the Department of Labor and against plaintiff, Malnati Organization, Inc. In support, the United States has contemporaneously filed its memorandum in support of summary judgment, its Local Rule 56.1 statement of undisputed material facts, and its exhibits in support of summary judgment.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Pierre C. Talbert
    PIERRE C. TALBERT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4088
    pierre.talbert@usdoj.gov