IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALNATI ORGANIZATION, INC. ) | |
| d/b/a LOU MALNATI'S, an Illinois ) | |
| Corporation, ) | |
|         Plaintiff, ) | |
| ) | No.    07 C 7088 |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF LABOR ) | Judge George Lindberg |
| EMPLOYMENT AND TRAINING ) | |
| ADMINISTRATION, ) | Magistrate Judge Valdez |
|         Defendant. ) | |

### NOTICE OF FILING

TO:   Mr. Pierre Talbert, Esq.
      Assistant U.S. Attorney
      219 South Dearborn Street
      Chicago, IL 60604

PLEASE TAKE NOTICE that I have on this 21st day of May 2008, filed the Plaintiffs' Response to Cross Motions for Summary Judgment with the Clerk of the United States District Court, Northern District of Illinois Eastern Division.

                                                By: s/ Donald E. Puchalski
                                                Attorney for the Plaintiffs

Donald E. Puchalski
Law Offices of Donald E. Puchalski
111 W. Washington St., Suite 751
Chicago, IL 60602
(312) 332-4428