IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALNATI ORGANIZATION, INC. ) | |
| d/b/a LOU MALNATI'S, an Illinois ) | |
| Corporation, ) | |
|     Plaintiff, ) | |
| ) | No.    07 C 7088 |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF LABOR ) | Judge George Lindberg |
| EMPLOYMENT AND TRAINING ) | |
| ADMINISTRATION, ) | Mag. Judge Valdez |
|     Defendant. ) | |

**CERTIFICATE OF SERVICE**

    I, Donald E. Puchalski, hereby certify that on May 21, 2008, a copy of the foregoing Plaintiffs' Response to Cross Motion for Summary Judgment was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and U.S. postal mail. Parties may access this filing through the Court's system.

*__Parties receiving service electronically and by U.S. postal mail are as follows__*:

Mr. Pierre Talbert
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, IL    60604

                                                     By:<u>/s Donald E. Puchalski</u>
                                                   Donald E. Puchalski – Bar Number: 71463
                                                   Attorney for Plaintiffs, Malnati Organization,
                                                   Inc. d/b/a Lou Malnati's
                                                 111 W. Washington Street, Suite 751
                                                 Chicago, IL 60602
                                                 Telephone:    (312) 332-4428
                                                 Fax:    (312) 726-4522
                                                 E-Mail:    deplaw@sbcglobal.net

Attorney for Plaintiffs
LAW OFFICES OF DONALD E. PUCHALSKI
111 W. Washington, Suite 751
Chicago, Illinois 60602
(312) 332-4428