UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALNATI ORGANIZATION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 7088 |
| | ) | |
| v. | ) | |
| | ) | Judge Lindberg |
| U.S. DEPARTMENT OF LABOR, | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' NOTICE OF
INTENTION TO FOREGO FILING A REPLY
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, on behalf of defendant United States Department of Labor, hereby provides notice that the government will not file a reply in support of its motion for summary judgement.  The United States' motion for summary judgment, memorandum in support, and Local Rule 56.1 statement of undisputed material facts provide the court with sufficient bases to grant summary judgment in favor of the United States and against defendant Malnati Organization, Inc.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Pierre C. Talbert
PIERRE C. TALBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4088
pierre.talbert@usdoj.gov