IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MALNATI ORGANIZATION, INC. d/b/a LOU MALNATI'S, an Illinois Corporation,<br>           Plaintiff,<br>v.<br>U.S. DEPARTMENT OF LABOR EMPLOYMENT AND TRAINING ADMINISTRATION,<br>           Defendant. | No.   07 C 7088<br><br>Judge George Lindberg<br><br>Mag. Judge Valdez |

**CERTIFICATE OF SERVICE**

    I, Donald E. Puchalski, hereby certify that on June 4, 2008, a copy of the foregoing Plaintiffs' Reply to Cross Motion for Summary Judgment was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and U.S. postal mail. Parties may access this filing through the Court's system.

***Parties receiving service electronically and by U.S. postal mail are as follows***:

Mr. Pierre Talbert
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, IL   60604

                                                By:/s Donald E. Puchalski
                                                Donald E. Puchalski – Bar Number: 71463
                                                Attorney for Plaintiffs, Malnati Organization,
                                                Inc. d/b/a Lou Malnati's
                                                111 W. Washington Street, Suite 751
                                                Chicago, IL 60602
                                                Telephone:   (312) 332-4428
                                                Fax:              (312) 726-4522
                                                E-Mail:         deplaw@sbcglobal.net

Attorney for Plaintiffs
LAW OFFICES OF DONALD E. PUCHALSKI
111 W. Washington, Suite 751
Chicago, Illinois 60602
(312) 332-4428