## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7088 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Malnati Organization, Inc. Vs. United States of Department of Labor | | |

**DOCKET ENTRY TEXT**

Plaintiff's summary judgment motion (10) is denied. Defendant's summary judgment motion (14) is granted. Enter memorandum and order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|