

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Malnati Organization, Inc. | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 7088 |
| United States Departement of Labor | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant, United States Department of Labor.

Michael W. Dobbins, Clerk of Court

Date: 7/2/2008

/s/ Sandra L. Brooks, Deputy Clerk